AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/10/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Simon B. Landsberg, Esq. | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
Certified Mail, RRR, one copy of the Summons and Complaint Attorney's Office SDNY and another by Cert. Mail RRR to Attorney General in Washington DC pursuant to FRCP Rule 4(i)(1)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $12.34 | $12.34 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/2007
                Date

_____
Signature of Server

575 Lexington Avenue, Ste 400, NY, NY 10022
Address of Server