JTM/dec                                                                                          34-172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JEROME LEVINE,                                          Case Number: 07 CV 10949

                Plaintiff,

     -against-                                    FEDERAL F.R.C.P.
                                                               RULE 7.1 DISCLOSURE
THE UNITED STATES OF AMERICA and
NEW YORK ELEVATOR & ELECTRICAL
CORPORATION f/k/a NEW YORK ELEVATOR
CO., INC. a/k/a CENTRAL ELEVATOR, INC.


                Defendants.
-------------------------------------------------------------X


       PURSUANT TO F.R.C.P. RULE 7.1 THE UNDERSIGNED COUNSEL FOR NEW YORK ELEVATOR & ELECTRICAL CORPORATION s/h/a NEW YORK ELEVATOR CO., INC. and CENTRAL ELEVATOR, INC. (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

       1. The defendant, NEW YORK ELEVATOR & ELECTRICAL CORPORATION, is a wholly owned subsidiary of ThyssenKrupp Elevator America's Corp. a company which is not publicly traded. ThyssenKrupp Elevator America's Corp. is a wholly owned subsidiary of ThyssenKrupp U.S.A., Inc. which is also not publicly traded.

1

JTM/dec                                                                                               34-172

Dated: New York, New York
       February 19, 2008

                                              Yours, etc.,

                                              GERINGER & DOLAN LLP

                                              By: _____
                                                  JOHN T. McNAMARA (JTM 9192)

                                              Attorneys for Defendant
                                              NEW YORK ELEVATOR &
                                              ELECTRICAL CORPORATION f/k/a
                                              NEW YORK ELEVATOR CO., INC.
                                              a/k/a CENTRAL ELEVATOR, INC.
                                              5 Hanover Square – 3rd Floor
                                              New York, New York 10004
                                              (212) 682-7050

TO:    Simon B. Landsberg, Esq.
         GROVER and FENSTERSTOCK, P.C.
         Attorneys for Plaintiff
         575 Lexington Avenue, Suite 400
         New York, New York 10022
         (212) 527-7575
         Fax No.: (212) 527-7576

         UNITED STATES OF AMERICA
         United States Attorney's Office
         Southern District of New York
         One St. Andrews Plaza
         New York, New York 10007

JTM/dec                                                                34-172

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEROME LEVINE,                              Case Number: 07 CV 10949

              Plaintiff,

    -against-                              AFFIDAVIT OF SERVICE

THE UNITED STATES OF AMERICA and
NEW YORK ELEVATOR & ELECTRICAL
CORPORATION f/k/a NEW YORK ELEVATOR
CO., INC. a/k/a CENTRAL ELEVATOR, INC.

              Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

        DONNA E. CALLII, being duly sworn, deposes and says:

        I am not a party to this action, I reside in Orange County, New York and I am over 18 years of age.

        On the 19th day of February, 2008, I served the within **F.R.C.P. RULE 7.1 DISCLOSURE** upon the attorneys whose names and addresses are set forth below, by enclosing a true copy thereof in a securely sealed envelope/container, with proper postage, addressed to their respective offices, and by depositing same in an official box of the U.S. Post Office.

TO:    Simon B. Landsberg, Esq.
        GROVER and FENSTERSTOCK, P.C.
        Attorneys for Plaintiff
        575 Lexington Avenue, Suite 400
        New York, New York 10022
        (212) 527-7575
        Fax No.: (212) 527-7576

JTM/dec												34-172

UNITED STATES OF AMERICA
United States Attorney's Office
Southern District of New York
One St. Andrews Plaza
New York, New York 10007

_____
DONNA E. CALLI

Sworn to before me this
19th day of February, 2008.

_____
Notary Public

ROBERT E. COLEMAN
Notary Public, State of New York
No. 02CO5045032
Qualified in Nassau County
Commission Expires June 12, ~~2001~~ 2011

4