USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

86 Chambers Street
New York, New York 10007

February 11, 2008

RECEIVED
FEB 13 2008
CHIN'S CHAMBERS

**BY HAND**
The Honorable Denny Chin
United States District Judge
United States Courthouse
500 Pearl Street, Suite 1020
New York, New York 10007

    Re: <u>Levine v. United States, et al.</u>, 07 Civ. 10949 (DC)

Dear Judge Chin:

    This Office represents defendant United States of America in the above-referenced tort action brought pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346 <u>et seq</u>. I write respectfully to request a two-week extension of time, until February 25, 2008, to respond to plaintiff Jerome Levine's complaint in this case.

    This Office was served with plaintiff's complaint on or about December 11, 2007. Accordingly, the United States' answer to the complaint is due today. I write respectfully to request the two-week extension of time because I am on trial in another matter pending before Judge Yanthis, which may continue through the week of February 18, 2008. Due to the trial and other matters, we will need additional time to review plaintiff's allegations and respond to the complaint.

    This is defendant's first request for an extension of time to respond to the complaint. I have attempted to contact plaintiff's counsel by telephone to obtain his consent, but due to time constraints, have not yet received a response.

*Application GRANTED.*
*SO ORDERED.*

*[signature]*
*DJ 2/21/08*

We thank the Court for its consideration of this request.

                              Respectfully,

                              MICHAEL J. GARCIA
                              United States Attorney

                By: _____
                              WENDY H. WASZMER
                              Assistant United States Attorney
                              Telephone: (212) 637-2729
                              Facsimile: (212) 637-2717

cc:  SIMON BENJAMIN LANDSBERG, ESQ. (by Federal Express)
     Grover and Fensterstock, P.C.
     Attorneys for Plaintiffs
     575 Lexington Avenue, Suite 400
     New York, New York 10022