MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: WENDY H. WASZMER
Assistant United States Attorney
86 Chambers Street -- 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2729
Fax No.: (212) 637-2717
E-mail: Wendy.Waszmer@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JEROME LEVINE,

    Plaintiff,        ECF CASE

    v.

UNITED STATES OF AMERICA, and NEW  No. 07 Civ. 10949 (DC)
YORK ELEVATOR & ELECTRICAL
CORP., et al.,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
NEW YORK ELEVATOR & ELECTRICAL  No. 07 Civ. 10949 (DC)
CORP., et al.,

    Cross-Claim Plaintiff,  **ANSWER OF THE UNITED STATES
            TO NEW YORK ELEVATOR &
    v.          ELECTRICAL CORP.'S
            CROSS-CLAIMS**

UNITED STATES OF AMERICA,

    Cross-Claim Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

   Defendant United States of America ("the United States"), by and through its attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, answers the

Cross-Claims of defendant New York Elevator & Electrical Corp. ("New York Elevator") on information and belief as follows:

## FIRST CROSS-CLAIM

1. The United States denies the allegations contained in paragraph 58 of the Cross-Claims.

## SECOND CROSS-CLAIM

2. The United States denies the allegations contained in paragraph 59 of the Cross-Claims.

3. The United States denies the allegations contained in paragraph 60 of the Cross-Claims.

4. The allegations contained in the Cross-Claims following the word "WHEREFORE" set forth New York Elevator's prayers for relief, to which no response is required. To the extent that a response is required, the United States denies that New York Elevator is entitled to such relief.

## DEFENSES

### FIRST DEFENSE

The United States is immune from suit under the Federal Tort Claims Act for any negligence by its independent contractors.

### SECOND DEFENSE

Neither the United States nor its agents and employees were negligent in any manner.

## THIRD DEFENSE

The injuries and damages alleged in the Complaint and referenced in the Cross-Claims were not proximately caused by a negligent or wrongful act or omission of the United States or any agent or employee of the United States.

## FOURTH DEFENSE

The injuries and damages alleged in the Complaint and referenced in the Cross-Claims were caused in whole or in part by individuals over whom the United States exercised no control.

## FIFTH DEFENSE

In the event that the United States is found to be negligent, the negligence of Plaintiff, New York Elevator, or individuals over whom the United States exercised no control contributed to causing the alleged injuries and damages, and any recovery must be proportionately reduced.

## SIXTH DEFENSE

New York Elevator may only recover damages against the United States, if at all, as permitted under the Federal Tort Claims Act.

## SEVENTH DEFENSE

New York Elevator is not entitled to a trial by jury of its Cross-Claims against the United States. See 28 U.S.C. § 2402.

WHEREFORE, the United States demands judgment dismissing the Cross-Claims, and granting such further relief as the Court deems proper, including costs and disbursements.

Dated: May 1, 2008
      New York, New York

                                     MICHAEL J. GARCIA
                                     United States Attorney for the
                                     Southern District of New York
                                     Attorney for Cross-Claim Defendant
                                     The United States of America

                           By:    /s/ Wendy H. Waszmer
                                     WENDY H. WASZMER
                                     Assistant United States Attorney
                                     New York, New York 10007
                                     Tel.: (212) 637-2729
                                     Fax: (212) 637-2717

TO:    SIMON B. LANDSBERG, ESQ.
         Counsel for Plaintiff Jerome Levine
         Grover and Fensterstock, P.C.
         575 Lexington Avenue
         Suite 400
         New York, NY 10022

         JOHN A. MCCARTHY, ESQ.
         Counsel for Defendant and Cross-Claim Plaintiff
         New York Elevator & Electrical Corp.
         Geringer & Dolan, LLP
         5 Hanover Square, 3rd Floor
         New York, NY 10004

CERTIFICATE OF SERVICE

I, Wendy H. Waszmer, an Assistant United States Attorney for the Southern District of New York, hereby certify that on May 1, 2008, I caused a copy of the foregoing Answer to New York Elevator & Electrical Corp.'s Cross-Claims to be served, by Federal Express, upon the following:

SIMON B. LANDSBERG, ESQ.
Counsel for Plaintiff Jerome Levine
Grover and Fensterstock, P.C.
575 Lexington Avenue
Suite 400
New York, New York 10022

JOHN A. MCCARTHY, ESQ.
Counsel for Defendant New York Elevator & Electrical Corp.
Geringer & Dolan, LLP
5 Hanover Square, 3rd Floor
New York, New York 10004

Dated:   New York, New York
         May 1, 2008

                                    WENDY H. WASZMER
                                    Assistant United States Attorney
                                    Telephone: (212) 637-2729
                                    Facsimile: (212) 637-2717